994 F.2d 1343
 Doris A. SCOTT, individually and as Personal Representative
of the Estate of John William Scott, deceased,
Plaintiff-Appellant,
v.
James L. HENRICH; David J. Flamand; Butte-Silver Bow Law
Enforcement Agency; City of Butte; County of
Silver Bow, Defendants-Appellees.
 No. 91-35429.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 14, 1993.
 
 Before: FARRIS, NORRIS, and KOZINSKI, Circuit Judges.
 
 ORDER
 
 1
 The Opinion filed October 15, 1992, and the Amended Opinion filed May 21, 1993, are hereby WITHDRAWN.